**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

LUCIA RIST,

      Plaintiff,

v.

PINNACLE REALTY ASSOCIATES, INC.,

      Defendant.

_____/

**COMPLAINT**
**and**
**JURY DEMAND**

Plaintiff, Lucia Rist, by and through her undersigned attorneys, files this Complaint for injunctive and declaratory relief, damages, costs, and attorneys' fees against Defendant, Pinnacle Realty Associates Inc. ("Pinnacle Realty"), and as good grounds states as follows:

**PRELIMINARY STATEMENT**

1.      This action arises as a result of Defendant's discriminatory actions perpetrated against families with children with respect to the rental and advertisement of a condominium unit at the Floral Park Villas 12 Condo, located at 3033 N.W. 43rd Ave, # 103, Lauderdale Lakes, FL 33313 (the "Dwelling").

2.      Specifically, Defendant has violated the Fair Housing Act by, among other things, making, printing, and publishing, and causing to be made, printed, and published any statement or advertisement, with respect to the sale or rental of a dwelling, that indicates any preference, limitation, or discrimination based on familial status.

- 2 -

## JURISDICTION AND VENUE

3.      Jurisdiction is invoked pursuant to 42 U.S.C. § 3613(a), in that Plaintiff asserts her claims of housing discrimination in a civil action, and also pursuant to 28 U.S.C. §§ 1331, 2201 and 1343(a)(4), in that this is a civil action seeking to redress the deprivation of the right to fair housing secured to Plaintiff by the Fair Housing Act.

4.      Plaintiff seeks declaratory relief pursuant to 28 U.S.C. §§ 2201 and 2202.  Plaintiff seeks preliminary and permanent injunctive relief pursuant to Rule 65, Federal Rules of Civil Procedure.

5.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and 1391(c) in that the events and/or omissions giving rise to the claims herein occurred in this district, and the Defendant conducts business in this district.

## PARTIES

6.      Plaintiff, Lucia Rist, is the mother of two children under the age of fourteen.  Mrs. Rist is deeply committed to fair housing and the goals of the Fair Housing Act.  Mrs. Rist was and continues to be adversely affected by the acts, omissions, policies, and practices of the Defendant.

7.      Defendant, Pinnacle Realty Associates, Inc., is a Florida Profit Corporation that is comprised of licensed real estate professionals who have been educated, trained, and tested in fair housing laws.

## FACTUAL ALLEGATIONS

8.      While looking through real estate advertisements, Mrs. Rist visited: http://www.realtyassociates.com/Property/FL/33313/Lauderdale_Lakes/3033_43rd_Ave_1092A 10142506, and encountered an advertisement for the rental of the Dwelling.  The advertisement stated "NOT a 55+ but association states no children under 14 allowed."

- 2 -

9. The advertisement indicated that Defendant was the listing agent.

10. Being familiar with Fair Housing laws, Mrs. Rist was shocked that the advertisements contained such overtly discriminatory language, in blatant disregard for Federal Fair Housing laws.

11. Upon information and belief, Defendant developed the text of the advertisement, including the text of the blatantly discriminatory age restriction.

12. At a later date, Mrs. Rist reviewed the Florida Commission on Human Relations's 55-and-over Community listings. As a result of her investigation, she determined that the Floral Park Villas 12 Condo was not listed a registered 55-and-over community.

13. As an individual who is dedicated to combating discrimination and advancing fair housing, and as a mother of two children under the age of fourteen, Mrs. Rist was emotionally distraught and extremely insulted by the advertisements and evidences of discrimination that she viewed and uncovered.

**COUNT 1:**
**VIOLATION OF THE FAIR HOUSING ACT AGAINST**
**PINNACLE REALTY ASSOCIATES, INC.**

14. Plaintiff repeats and realleges paragraphs 1 through 13 as if fully set forth herein.

15. This Count 1 is brought by Plaintiff against the Defendant, Pinnacle Realty Associates, Inc.

16. Defendant, Pinnacle Realty Associates, Inc. is liable to Plaintiff for all injuries caused by the Fair Housing Act violations committed by Defendant, Pinnacle Realty Associates, Inc. and its agents.

17. Defendant, Pinnacle Realty Associates, Inc. has violated the Fair Housing Act by, among other things, making, printing, or publishing, or causing to be made, printed, or published

a notice, statement, or advertisement, with respect to the sale or rental of a dwelling that indicates a preference, limitation, or discrimination based on familial status.

18. A discriminatory purpose, not any legitimate reason, was a motivating factor behind Defendant's, Pinnacle Realty Associates, Inc. aforementioned discriminatory actions and/or omissions.

19. As a result of Defendant's, Pinnacle Realty Associates, Inc. actions, omissions, policies and procedures as described above, Plaintiff suffered, is continuing to suffer, and will in the future suffer irreparable loss and injury including, but not limited to, humiliation, embarrassment, emotional distress, and a deprivation of her right to a fully integrated community.

20. In engaging in this unlawful conduct described above, Defendant, Pinnacle Realty Associates, Inc. acted with evil intent, malice, wantonness, and lucre to damage the rights and feelings of Plaintiff, in violation of the Fair Housing Act.  This is evidenced, in part, by the fact that Defendant, Pinnacle Realty Associates, Inc. is comprised of licensed real estate professionals, who have been educated, trained, and tested in fair housing laws; and despite such education, training, and testing, chose to engage in unlawful discrimination.

WHEREFORE, Plaintiff respectfully requests that the Court:

A. declare the actions, omissions, policies, and procedures of Defendant, Pinnacle Realty Associates, Inc. complained of herein to be in violation of the federal Fair Housing Act, specifically 42 U.S.C. § 3604(c);

B. enter a permanent injunction enjoining Defendant, Pinnacle Realty Associates, Inc. its successors, and its servants, agents and employees, and all those acting in concert with it, from making, printing, or publishing notices, statements, or advertisements that indicate a preference, limitation, or discrimination based on familial status;

- 4 -

C.     enter a permanent injunction compelling Defendant, Pinnacle Realty Associates, Inc. its successors, and its servants, agents and employees, and all those acting in concert with it, to adopt policies, procedures and practices, which will ensure that no advertisements indicating a preference, limitation, or discrimination based on familial status are made, printed, or published in the future;

D.     award compensatory and punitive damages to Plaintiff against Defendant, Pinnacle Realty Associates, Inc. to compensate Plaintiff for, among other things, the humiliation, embarrassment, and emotional distress caused by Defendant's, Pinnacle Realty Associates, Inc. discriminatory actions;

E.     award Plaintiff her costs and reasonable attorneys' fees in this action; and

F.     award Plaintiff such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b), Federal Rules of Civil Procedure, Plaintiff demands a trial by jury on all issues so triable in this matter.

Respectfully submitted,

Joshua A. Glickman, Esq.
Florida Bar No. 43994
josh@sjlawcollective.com
Shawn A. Heller, Esq.
Florida Bar No. 46346
shawn@sjlawcollective.com

Social Justice Law Collective, PL
434 Skinner Blvd., #206
Dunedin, FL 34698
(202) 709-5744
(866) 893-0416 (Fax)

- 5 -

- 6 -

Attorneys for the Plaintiff


By:   *s/ Shawn A. Heller*
                    Shawn A. Heller, Esq.